# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** DAVID C & JOANN M MATHEWS
- **Case Number:** 19-24701-CMB          **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 11, 2020  10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#4 - Final Confirmation of Plan Dated 12/5/19 (NFC)
R / M #: 4 / 0

## Appearances:

- **Debtor:** Riegen
- **Trustee:** (Winnecour) / Pail / Katz / DeSimone
- **Creditor:**

## Proceedings:

**Outcome:** Confirmed Final

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
6/19/20 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/2/2020   12:47:37PM