**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DAVID C. MATHEWS and
    JOANN M. MATHEWS,

        Debtor

Case #: 19-24701-CMB

Chapter 13

---

PNC BANK, NA,

        Movant

    v.

DAVID C. MATHEWS and
JOANN M. MATHEWS and
Ronda J. Winnecour, Esq., Trustee,

        Respondents

Related Claim: 10

### DECLARATION THAT PAYMENT IS SUFFICIENT

The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant. The new monthly mortgage payment is **$218.93**, effective **May 1, 2021**.

/s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: April 14, 2021