# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    DAVID C. MATHEWS and
    JOANN M. MATHEWS,

        Debtor

PNC BANK, NA,

        Movant

    v.

DAVID C. MATHEWS and
JOANN M. MATHEWS and
Ronda J. Winnecour, Esq., Trustee,

        Respondents

Case #: 19-24701-CMB

Chapter 13

Related Claim: 10

Related doc: 40

## CERTIFICATE OF SERVICE
## OF DECLARATION RE: NOTICE OF PAYMENT CHANGE

        I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 14th day of April 2021 I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #10), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

Ronda J. Winnecour, Esq.  
Suite 3250 USX Tower  
600 Grant Street  
Pittsburgh, PA 15219

PNC Bank NA  
Attn: Jodi Porter  
P.O. Box 94982  
Cleveland, OH 44101

Respectfully submitted,

/s/ Christian M. Rieger  
Christian M. Rieger, Esquire  
PA: 307037  
2403 Sidney Street  
Suite 214  
Pittsburgh, PA 15203  
(412) 381-8809  
(412) 381-4594 (fax)  
criegerlaw@gmail.com

Date: April 14, 2021