IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   David C. Matthews and Joann M. Matthews | : | Bankruptcy No. 19-24701-CMB |
| Debtor | : | Chapter 13 |
| | : | |
| | : | |
| | : | Claim No. 9-1 |
| Movant | : | |
|     USAA Federal Savings Bank | : | |
|         v. | : | |
|     No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:  USAA Federal Savings Bank

    Incorrect Address:  C/O Weinstein & Riley, PS
        2001 Western Ave,
        Suite 400
        Seattle, WA 98121

Corrected Address:

    Creditor Name:  USAA Federal Savings Bank

    Correct Address:  (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA  30097
        Phone: 470-321-7112

        (Payments) Consumer Payment Processing
        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        PO Box 272310
        Boca Raton, FL  33427

Phone: 561-241-6901
Dated: 11/4/2021

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
        Attorney for Secured Creditor
        10700 Abbott's Bridge Rd., Suite 170
        Duluth, GA  30097
        Telephone: (470) 321-7112
        By: /s/ Charles G. Wohlrab
        Charles G. Wohlrab, Esquire
        PA Bar Number  314532
        Email: cwohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 08, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

David C Mathews
2035 Wesley Street
McKeesport, PA 15132

Joann M Mathews
2035 Wesley Street
McKeesport, PA 15132

And via electronic mail to:

Christian M Rieger
Law Office of Christian M. Rieger
2403 Sidney Street Suite 214
Pittsburgh, PA 15203

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Riley Martinez