IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: David C. Matthews and Joann M. Matthews | : | Bankruptcy No. 19-24701-CMB |
| Debtor | : | Chapter 13 |
| | : | |
| | : | |
| | : | Claim No. 11-1 |
| Movant | : | |
| USAA Federal Savings Bank | : | |
| v. | : | |
| No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:  USAA Federal Savings Bank

    Incorrect Address:  C/O Weinstein & Riley, PS
                                  2001 Western Ave,
                                  Suite 400
                                  Seattle, WA 98121

Corrected Address:

    Creditor Name:  USAA Federal Savings Bank

    Correct Address:  (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                10700 Abbott's Bridge Road, Suite 170
                                Duluth, GA  30097
                                Phone: 470-321-7112

                                (Payments) Consumer Payment Processing
                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                PO Box 272310
                                Boca Raton, FL  33427

Phone: 561-241-6901
Dated: 11/4/2021

                                                      **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                                      Attorney for Secured Creditor
                                                      10700 Abbott's Bridge Rd., Suite 170
                                                      Duluth, GA  30097
                                                      Telephone: (470) 321-7112
                                                      By: /s/ Charles G. Wohlrab
                                                      Charles G. Wohlrab, Esquire
                                                      PA Bar Number  314532
                                                      Email: cwohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 08, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

David C Mathews
2035 Wesley Street
McKeesport, PA 15132

Joann M Mathews
2035 Wesley Street
McKeesport, PA 15132

And via electronic mail to:

Christian M Rieger
Law Office of Christian M. Rieger
2403 Sidney Street Suite 214
Pittsburgh, PA 15203

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Riley Martinez