**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID C MATHEWS<br>JOANN M MATHEWS<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-24701<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/05/2019 and confirmed on 1/23/20 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 62,985.00 |
| Less Refunds to Debtor | 1,615.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 61,370.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 2,853.78 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,253.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 8,754.82 | 0.00 | 8,754.82 |
|     Acct: 5105 | | | | |
|   USAA FEDERAL SAVINGS BANK | 0.00 | 14,986.14 | 0.00 | 14,986.14 |
|     Acct: 4373 | | | | |
| | | | | 23,740.96 |
| **Priority** | | | | |
|   CHRISTIAN M RIEGER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID C MATHEWS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID C MATHEWS | 1,615.00 | 1,615.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTIAN M RIEGER ESQ** | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***N O N E*** | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 11,193.85 | 5,890.01 | 0.00 | 5,890.01 |
|     Acct: 4622 | | | | |
|   CAPITAL ONE NA BY AMERICAN INFOSOU | 2,026.17 | 1,066.13 | 0.00 | 1,066.13 |
|     Acct: 8553 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 3,850.00 | 2,025.80 | 0.00 | 2,025.80 |
|     Acct: 5399 | | | | |
|   CITIBANK NA** | 436.98 | 229.93 | 0.00 | 229.93 |
|     Acct: 5362 | | | | |
|   UPMC PHYSICIAN SERVICES | 299.42 | 157.55 | 0.00 | 157.55 |
|     Acct: 6601 | | | | |
|   USAA FEDERAL SAVINGS BANK | 41,383.65 | 21,775.35 | 0.00 | 21,775.35 |
|     Acct: 3012 | | | | |
|   UPMC HEALTH SERVICES | 350.00 | 184.17 | 0.00 | 184.17 |
|     Acct: 6601 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 66.21 | 34.84 | 0.00 | 34.84 |
|     Acct: 0001 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 21.81 | 11.48 | 0.00 | 11.48 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 4755 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6308 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 31,375.26 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 55,116.22 |
|   TOTAL CLAIMED | | |
|     PRIORITY | 0.00 | |
|     SECURED | 0.00 | |
|     UNSECURED | 59,628.09 | |

Date: 04/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DAVID C MATHEWS
    JOANN M MATHEWS
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-24701

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David C Mathews  
Joann M Mathews  
    Debtors

Case No. 19-24701-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 26, 2023      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David C Mathews, Joann M Mathews, 2035 Wesley Street, McKeesport, PA 15132-7638 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15167440 | | PNC Bank, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15167441 | + | PNC Bank Mortgage Servicing, 2012 Corporate Lane, Suite 108, Naperville, IL 60563-0726 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:56:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15167438 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:55:36 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15183324 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:55:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15196261 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:22 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15196686 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15194607 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2023 23:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15167439 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2023 23:49:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401-1820 |
| 15198780 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2023 23:49:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15190320 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15167442 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:36 | SYNCB/Sleep Number, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15168168 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15167443 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:05 | The Home Depot, 5800 South Corporate Place, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 23 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Sioux Falls, SD 57108-5027 |
| 15167444 | ^ | MEBN | Apr 26 2023 23:49:45 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15189754 | ^ | MEBN | Apr 26 2023 23:50:45 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15189649 | ^ | MEBN | Apr 26 2023 23:50:12 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15198436 | + | Email/Text: RASEBN@raslg.com | Apr 26 2023 23:49:00 | USAA FEDERAL SAVINGS BANK, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15167445 | | Email/Text: bkelectronicnotices@usaa.com | Apr 26 2023 23:49:00 | USAA Federal Savings Bank, P.O. Box 47504, San Antonio, TX 78265-7504 |
| 15195343 | | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2023 23:56:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Christian M Rieger | on behalf of Debtor David C Mathews criegerlaw@gmail.com |
| Christian M Rieger | on behalf of Joint Debtor Joann M Mathews criegerlaw@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

District/off: 0315-2     User: auto     Page 3 of 3

Date Rcvd: Apr 26, 2023     Form ID: pdf900     Total Noticed: 23

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8